**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        City of Houston v. Elvin D. Miller

Appellate case number:      01-19-00450-CV

Trial court case number:    2017-24358

Trial court:                281st District Court of Harris County

     Appellee, Elvin D. Miller, has filed a second motion to extend time to file a motion for rehearing. The Court's opinion in this case issued on December 31, 2019, and appellee timely filed his first motion to extend time to file a motion for rehearing on January 15, 2020. TEX. R. APP. P. 49.1, 49.8. The Court granted appellee's motion and extended his deadline to February 10, 2020. A subsequent motion to extend time is due by February 25, 2020, which is "no later than 15 days after the last date for filing the motion." TEX. R. APP. P. 49.8; *cf. Chojnacki v. Court of Appeals for the First Supreme Judicial Dist.*, 699 S.W.2d 193, 193–94 (Tex. 1985) (orig. proceeding). Thus, appellee's second motion to extend time was timely. Appellee's motion complies with Rule 10.5(b). TEX. R. APP. P. 10.5(b), 49.8. Accordingly, we **grant** appellee's motion. Appellee's motion for rehearing, if any, is due **on or before February 25, 2020**.

     It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
               ☑ Acting individually    ☐ Acting for the Court

Date: February 20, 2020